Thomas Hunker is here for the appellant Rivera and Shana Ward is here for the Federal Election Commission and Mr. Hunker you may begin your argument when you're ready. Thank you. May it please the court. Tom Hunker on behalf of Mr. Rivera with me at counsel table is co-counsel Jeff Feldman. The primary relief we're seeking in this appeal is reversal and remand for entry of judgment for Mr. Rivera and the two main reasons that we believe Mr. Rivera is entitled to that relief is that the trial court lacked subject matter jurisdiction due to the failure of FEC to satisfy certain mandatory pre-suit conditions. The second reason is that FEC's legal theory the primary liability theory that they ultimately proceeded on or there at least their attorneys proceeded on in the amended complaint does not state a cause of action or is legally not a violation of the statute that they charged Mr. Rivera with. The other two issues are can we start with the second issue that you'd like to have so first of all we sent you a notice of counsel in advance do you agree based on our case law that we don't review a denial of a 12b6 motion at this stage right and that really wasn't what our intent was so so let's look at the what I think I understand you say is even taking all the evidence and the light most favorable to the FEC here this would not state a cause of action under the theory in which they brought right okay so let's explore that for a second here's what I understand the best evidence on their side to be and correct me if I'm wrong money was given from candidate to a mailing house to pay for another candidates another candidates mail to go out and that person was told in giving that money report it under a different name or under a different means in this case reported as a loan from yourself rather than coming from me right does the evidence I believe I follow what you're saying that there was a gap in between does the evidence support what I just articulate the evidence does not support that that me why it's an issue three we get to this conflicting evidence there so I think I may agree with you on the conflict right that's not what I'm asking right I just wanna make sure the light most favorable to them right does the evidence not support support what I just articulate if you get to an evidentiary question on this I don't believe that issue to is an evidentiary question it's legal question but if there is an evidentiary question the relief we would be seeking is reversal remand for trial listen to my question and please answer sure in the light most favorable to the FEC is the evidence not as I articulated it to you that is the evidence that they put forth I and I understand that you dispute right we'll get there in a second okay if that's the case does that not state a claim for making a contribution in a false name contribution it doesn't it goes to why it goes to the heart of their misinterpretation of this statute 30122 that this is a statute that speaks solely to making contributions and it's a distinct concept from reporting to the FEC I agree with you and I understand that the false report in and of itself is not a basis for 30122 I I agree with that but what I understand that they're alleged that they're saying that the evidence supports in light most favorable to them or is that a contribution is made to from one candidate to another candidate here by paying for mail on by paying for sec candidate who's mail right and candidate who is then told it's not for me you're to report that and that is a loan from you whether he actually reported that on his thing or not is that not making a contribution in a false name in other making it in candidates one own name but instead making it as a loan to candidates from Canada to to himself the I think the distinction is that you are not making a contribution to FEC you're making a contribution to the campaign so the case law except for this case is the only case that has applied the statute the way FEC asked the trial court to apply it said the money isn't going to the FEC it's correct the way they're applying the statute sort of implies that a contribution is not complete until it's reported to the FEC and that's simply not how these statutes operate it but under again just under the facts as I've articulated forget the SEC forget the actual reporting right a contribution was made from candidate one to candidate two by means of paying the for me you're to say it's a loan from yourself in whatever mechanism an SEC report to the Miami Herald to anyone who asks it didn't come from me candidate one it came instead from it came instead from you to yourself isn't that making a false name contribution it's not and now if you debate way this becomes clear or at least for me the way it became clear is when I started reading all of the because they had to employ these joint liability statute I understand this may be a novel theory under the statute but that's not really the question for us the question for us is does the evidence and the light most favorable to them state a legal theory that is actionable under 301 to 2 I don't think so because the cat if the campaign is in on what they're like as they're alleging that is not making a contribution in the name of another campaign knows where's the money coming from the money is coming from David Garcia right just follow with me for a second that's what they alleged yes the money is coming from David Garcia and it's ending in the campaign cofers of Justin limerick stannard right correct in the name of an assault on the agro right now in this case what happened was he put it as unknown and then subsequently the Miami Herald published a story and so when into their allegations when the money went to sternard who who was it reported that it came from originally I don't think it was reported at all when it when he got money when it got in his campaign account right where was it reported that it came from ultimately they had to reports to okay you're not answering my question to understand the question I apologize okay when the money got in Justin sternard campaign account where where was it reported that it came from well that's I think that's the key here if this was not a money contribution to the campaign it was an in-kind paying for an expense for the campaign and that's defined within the different whose expense the campaign's expense so he would have money coming in yes correct this was for the mailers correct mailers so it's paying a vendor allegedly that's not the only theory though they operated on that is certainly the bulk of where the money contribution but there's also money I think it's a little over thousand dollars that went from candidate one to middle person and then middle person to candidate two to pay for for instance a rental car for a period of time is that not also making a contribution in the name of somebody else in other words candidate one through a middle person is paying candidate two but it's coming from middle person to put middle person's name as the as the contributor which is what judge Wilson was asking you about right I see the way these statutes seem to work and Fred reflecting on all the case law that has applied them and this may be a novel issue I granted that might be the case but the way it works is that they can't the contribution is completed when it goes to campaign and that's what there's a separate statute that deals with reporting to the FEC they may have been able to charge this question at no point was it ever reported that any money for stern ads campaign came from David Garcia in this record subsequently he did amend his reports and say it came from David Garcia or David Rivera or or I like I grow so there was a report that was amended into to put that in but it was originally reported as a loan to himself right because the Herald started asking questions about how these things were getting paid for and that's that's what really led to according to the allegations the amendment of the reporting to FEC is I guess this goes to issue too but is Allegra's testimony the only evidence of David Rivera's involvement with the filings that was but for that you're relying on the grand jury testimony in the plea colloquy but for those two things I don't think they would have any it would be so many judgment for David Rivera on this record because the mr. Rivera did not give the money directly to turn art I'm speaking solely based on their allegations on the saying agree with their condition I'm just saying I'm facts are correct well on this record I'm not right you're not in front of a jury so that's the third issue the testimony from Miss Elliot grow and I see my time is about to run out can can we ask about the first issue okay can you just talk a little bit about the the notice pre-suit notice and the subject matter jurisdiction yes so the FEC Congress created this civil right of action that they can bring but they first have to meet certain mandatory prerequisites and it's all centered around communicating with counsel for the respondent about in through informal methods of conciliation communication and persuasion in an effort to correct or prevent a violation of the election laws so let me ask you though what what is what do you allege is the difference between the allegations and the amended complaint versus what was given in the well I think it was very clear even in the record and I agree with judge cook that these are two separate things they couldn't they tried to FEC tried to convince judge cook that there was already in the allegations of the original complaint they had both primary and secondary liability but I agree there are two different things and this is why in the first one and the secondary liability which was invalidated in the swallow case it was placing a factual position and a legal position that mr. Rivera was a conduit a between from unknown contributors to this turn on campaign when that went away they moved they had to change their entire factual and legal position to be put him in the seat of the source the contributor and that he was not a middleman that he the source of the funds the ownership of the money was him the reason why that's important is because through the entire pre-suit process they were operating solely on the secondary liability theory and the statutes are very clear that especially in the context of the general counsel brief and some of the information that needs to be communicated to counsel for the respondent you have to they're required by law to provide their the law says the their position on the legal and factual issues and so it's a complete analysis of what their case had to start its investigation all over again yes well they didn't have to they could have conciliated on the basis of both of these theories as alternatives but in what they wrote they found that he didn't think he was at least at that point in time they didn't take the position that he was the source and in fact the Commission to date has never taken that position it was just their attorneys when they amended the vote for the Commission when this issue presented to the district court it was presented after the summary judgment on the on the factual issues it was but it again this is this is a subject matter jurisdiction issue and the court as well where it's a threshold issue can be raised at any time including on appeal for the first time so that's in a nutshell what that issue is about and I would just like to add that that the fact that they went and took it upon themselves to communicate directly with Mr. Rivera without including his attorney and at all times they knew and were reassured says they tried but they were counsel failed to respond so if counsel fails to respond what what does the Commission have to do that their own evidence attached to the affidavit of their attorney at BC shows that counsel did respond there was a lag period of a few years and then counsel did respond and left them a voicemail and said I'm really busy but yes I'm still representing Mr. Rivera so at all times no one ever told them she wasn't and the regulation says unless and until they are told that he's no longer represented they are not to initiate contact it's a no contact regulation they violated their own law and it's it's very clear so thank you thank you counsel good morning and may it please the court my name is Shana Ward and I represent the Federal Election Commission in this matter also here today from the commission is Jason Hamilton the district court properly granted the Commission's motion for summary judgment finding that then US congressman David Rivera violated the Federal Election Campaign Act in 2012 by providing nearly seventy six thousand dollars of in-kind contributions to the primary campaign of Justin Lamar Stern ad can we talk about subject matter jurisdiction first yes your honor it's clear we can entertain our subject matter jurisdiction at any time right yes your honor you absolutely can but in that in his closing argument this morning he indicated that the FEC had to contact his counsel and they tried to contact this council what do you what's your argument on yes your honor that is correct and regarding mr. Rivera's claims that he was represented as an initial matter this is not a jurisdictional issue nor has appellant provided any cases suggesting that this would be a jurisdictional issue what matters from a jurisdictional standpoint is if there was notice attempted notice in order to conciliate the matter at the administrative stage with mr. Rivera is your position that that is jurisdictional that the precinct notice things are yes your honor so the FEC's position is as long as there's the notice part of it yes your honor and actually the the case that appellant cites in in their brief supports the fact that there is notice and and the key here is notice on the facts and cases throughout all all of the the types of cases in the EEO context or in the administrative context generally support that as long as there's notice on the facts that is what matters from a that that again looking at it anew I know the D if we're in the DC Circuit you're bound by case law if you're in I think the fifth they're bound by case law but we're not so the Supreme Court has told us when you're looking to see whether something is jurisdictional or not you really need to be careful to do that and Congress needs to I think speak it says clearly clearly speak that something is jurisdictional in nature generally it's done by the language of heading there's some textual indication that it is a jurisdictional provision can you point out to me where that I'm supposed to get a clear speaking by Congress that the precinct notice requirements which are in a tight which are in a section titled procedure that those are jurisdictional as opposed to claims processing rules I don't think that I can point to that your honor and I think that's for good reason because when you're talking about the administrative process and the conciliation process what the cases speak to is that this is supposed to be an informal process and the whole point of that is in order to preserve judicial resources down the line you want to go through the informal process of conciliation in order to get this issue settled before you reach that point so I think you're right that I'm not at this point able to point to something saying this is in fact a specific jurisdictional issue nor has a pellet okay can I get to where I think the heart of the issue is yes your honor all right do you agree so you were listening when I was having a right yes you agree with me that that is ultimately your theory on the false name statement they in other words viewing the evidence and the light most favorable to you the theory is that a false name was made because contribution was made from candidate one to candidate two and candidate two was told to report that not in candidate one's name where the contribution actually came from but instead was told to instead report that as a loan to himself right yes your that's the gist of what happened here but I'd like to also point back to what FECA provides FECA provides that a person who gives the funds to another for the purpose of contributing makes that contribution that's from the Whitmore case in the Bender case and I think one important thing that I'd like to also point out here is that someone can can violate section 3 0 1 2 2 by making the contribution and also by receiving the contribution and that's in line with what how the criminal case is associated with this ultimately panned out I'm less I'm less concerned about the legal part of it I just want to understand that what I took what I articulated is your theory of the case yes your honor what typically happens when someone is contributing to a campaign they write the check they say you know this is for your campaign and that's deposited in the campaign account and that's reported as a matter of course in the FEC reports that this person person X can't donate it to this campaign and therefore it's it's reported as such that's not what happened here the evidence is extensive and overwhelming at summary judgment that what happened was an elaborate effort to conceal that name using cash working with vendors directing others how to report it that is the entirety of the section three zero what evidence did you have in other words the false statement the false name was made because it was Nate in the name of this candidate to in his own name as a loan as opposed to from candidate one right that's correct okay as I understand the evidence that you get from that is from the the middle person's testimony in front of the grand jury where she stated that she spoke with candidate one and candidate one told her hey listen what while this whole thing with the Herald's going on haven't reported as a loan and that's what she communicated to candidate to right that's part of the evidence she communicated that with with the candidate mr. Stern ad after getting direction from mr. Rivera and that's what we we proved at summary judgment okay in addition sorry go ahead I interrupted oh I'm just I was just gonna say in addition to that the candidate himself in his testimony his deposition testimony also explained how he was told that through so you don't mr. mr. Stern and candidate to that's correct your honor so that's how I understand the evidence is and the light most favorable to you what do we do with this and I'm ever instruct any person or entity to pay money or provide anything of value on my behalf to the stern in election campaign at no time did I ever deposit money into a campaign account for behalf of the stern and campaign at no time did I ever serve as a source of money or provide in kind contributions to the stern and campaign at no time did I ever instruct mr. Stern and directly or through another person to falsely report the source of in kind contribution and the candidates financial disclosures to the FEC at no time did I request direct or instruct missile Allegro to tell mr. certain and to falsely report the source of payments to his vendors and to falsely contend that the money was a loan to his campaign taken from his own personal funds isn't that a dispute of fact that's from mr. Rivera's own declaration if I'm not mistaken and at summary judgment what a what is required by the non-movement is to go beyond their own self-serving affidavits in order to create a show me where in our law in 11th Circuit law that's the case me that may be the law somewhere else but as I understand the law in our court a self-serving affidavit is just as good as any other affidavit to controvert a fact it to create a genuine issue of material fact it can be your honor if it does not if it's enough to dispute what the FEC presented at summary judgment which was an overwhelming amount of evidence but but there's a conflict between what they saying saying I didn't instruct because the only evidence you have is miss a leg Riano correct no your honor we also have the mr. Stern and never got the money directly from mr. Rivera correct that's correct nor nor would he have because it was part of the whole scheme I understand that but this is basic this is almost like a classic he said she said and normally those go to trial not not in this case your honor and I and I'd respectfully say that it's not that type of case to go to trial particularly wet where in mr. Rivera seven-page opposition to the Commission's motion for summary judgment he did not dispute the six independent witnesses that the FEC presented as well it could be 100 witnesses if he disputes it and says I did not do that and a hundred people swear in a stack of Bibles that he did isn't that a dispute effect no your honor I would I respectfully say that it's not why particularly because you have this overwhelming amount of of we're additional here in our case laws there an overwhelming evidence exception to the well I wouldn't I you're right it may not be worded as such but what the cases do hell hold is that where the material facts are undisputed and did not support a reasonable inference in favor of the but this is again a situation where it is not for this court or the district court to weigh okay that's that's just the general nature of summary judgment and there can't be a dispute of a material fact and this seems to me to be a material fact which is I never told X to do this and X is saying he told me to do it that's a dispute of a material fact well you are correct your honor that at summary judge summary judgment stage what is is not proper is at a determination so why shouldn't this go to a jury because of the uncontradicted evidence presented at summary judgment you are right that we do have this affidavit from mr. Rivera himself stating that he allegedly did not do all of these things that the overwhelming amount of evidence suggests and in fact proves that he did however again this is not an improper credibility determination because the non-movement has to go beyond that and show specific facts that create this genuine issue it has to be more than how can you how can you show something if I say I told my law clerk not to go through that door and then my law clerk says the judge told me to go through that door that's a conflict correct it is but you could also perhaps have additional witnesses to testify okay and do you have additional witnesses that showed that mr. Rivera instructed miss Alegriano to do what she alleges he says he told her to do what other than miss Alegriano what we have from miss Dahlia grows testimony is that instruction about the reporting do you have another witness that can confirm that mr. Rivera told miss Alegriano to do that that I'm sorry can you do we have another witness that says if you just said well if you have another witness that can verify this do you have another witness that that can testify or did testify that mr. Rivera told miss Alegriano to do X we do other than her we do not have other than her plea colloquy and her grand jury testimony for that particular point she recanted though didn't she she did not your honor and I think that this is a is a key point the two documents that that mr. Rivera put forth in in in this in this appeal were a bar complaint that was dismissed prior to the summary judgment and purported affidavit that was filed in the pendency of the amended complaint and what the district court found is that neither of those actually disputed the facts that were of part of her grand jury testimony and I think that that's key here because what you're talking about is facts that were under penalty the court determined that her affidavit did not was vague and conclusory and did not dispute her grand jury testimony plea colloquy well but doesn't it dispute mr. Rivera's deposit mr. Rivera's deposition no your honor particularly where you're looking at the statements that are in her grand jury testimony that serve the basis of the issues at or the facts at issue here what and if you go through that declaration you'll see that in in a way it was done in a specific way to not make any allegations other than vague and conclusory ones post amended complaint in order to submit as part of this case versus actually going to to the the issues there and I'd like to also point out that with respect to the civil penalty that was awarded here that was not at all mentioned in mr. Rivera's summary judgment papers in fact he was completely silent on the civil penalty only post-summary judgment did he attempt to argue that this penalty was in some way constitutionally excessive or somehow did not meet within the cycle back to this summer I agree with you by the way on the civil penalty issue but I I'm gonna go back to this what I'll call the affidavit we'll call it the affidavit it's one thing to say I an affidavit saying I deny everything that's sort of the general affidavit you're talking about but if he denies a specific fact that is alleged against him in other words the specific fact being I did not tell miss Allegra to do this I did not tell anybody to have this report is alone and that is the critical fact in showing that that was the false name contribution because otherwise it's just money from him to the to the third-party vendor that stern and didn't report the right way it's that critical fact that gets you to false name the critical fact that gets you to false name and I think that this is important because this is not merely a reporting violation agree sure mr. Stern ad could have been charged with a reporting violation that's not incumbent upon mr. Rivera and I think that's where the the the issue that they're attempting to I agree with you that said when someone makes the contribution and says look here's the money but say it's not for me that is the essential fact of making I agree with you you're right in other words you have evidence to support that yes your honor he is saying in his affidavit I never did that that thing how is that not not just a general denial but a specific denial and there are specific evidence that he could present to a jury denying that fact and let me just put a finer point on it the district court rejected the affidavit based on Scott versus Harris that's the citation there and Scott versus Harris is a video case and what that line of cases says is where something is incontrovertible as a matter of science in other words what is alleged in the affidavit can't be true because there is video scientific evidence whatever then we can disregard it but we don't seem to have that situation you might have mounds of evidence on your side and they might have a molehill on their side but as long as it contradicts the main facts in the case why is that not up for a jury to be able to disbelieve that as opposed to a judge yes your honor I agree that it's not the same facts that are posed in that case I would also say that it's it's uncontroverted in the sense that it also goes against what mr. Rivera testified in his deposition and that's presented in the in the district court briefing as well and I get your general point about is how is that not enough and I think that you're still faced with that it has to be more than just a bare assertion and to your honors point this is not you know uncontroverted by scientific evidence and all of that I do agree with your honor in that in that regard but as the district court held judge cookin and judge cannon below did not find any issue with this it given the substantial amount of evidence that the FEC presented I see that my time is expired all right it has expired thank you miss ward thank you for mr. Hunter Kerr so mr. Hunter Kerr told me exactly what he said in his deposition I don't have it in front of me the deposition is in the record right with regard to where the money that came out of his pocket was expected to go I don't have it in front of me either judge and I don't recall specifically what was said so I really can't speak to that I know that it's in the record well you need I mean you need that evidence in order to create an issue of fact to get the case to a jury and avoid summary judgment well I mr. Rivera I for my recollection he did not definitely did not say that he what they're saying the evidence was what what they're saying contributing and buying these things for for mr. Stern I'd he did not it's clear that 75 almost 70 about $75,000 came out of his pocket and ultimately ended up to support the can't the candidacy of Stern on right well that's what their position is we and you say that the evidence doesn't support that no the evidence is it's in conflict and that's why summary judgment is not as a class that he said she said I think this at best where does he say the the app the money was intended to go he's in his deposition as he wasn't involved in it that's what he testified to so you have Elie Agro testifying in exchange for a plea when she admits that he made he admits that money came out of his pocket and went somewhere in this deposition right no I don't believe so okay we'll have to look at his deposition right I'd just touch on briefly back on the subject matter jurisdiction question because first of all I think it was brought out that this is an admission in their brief and you can't admit and stipulate to jurisdiction obviously but they do recognize that their statutes and the rules that apply to this agency I get that the FEC's institutional position is that this is a jurisdictional issue right we can't do anything about that but I can tell you and I'm only speaking for myself I'm not bound by their wrong reading of the law certainly I get the DC Circuit has said what it said it said what it said over 20 years ago the Supreme Court in its last five years has been very clear about jurisdictional rules and in my mind if we're gonna look to see whether this is jurisdictional which is the first question you'd have to look at that law and apply it and I think that importantly this statute existed for a long time and it and it creates a cause of action even creates the FEC itself I don't necessarily have to decide and I think this is something Judge Wilson asked you about which is and Judge Lagoa doesn't each of the documents that you're talking about the pre-suit notice one the GC notice the conciliatory document all referenced 30122 and the violation of 30122 yes but it's it has 30122 side-by-side with the swallow regulation it's a Roman numeral three up but but there and this and that it violates both of those things why is that not no no it's actually my reading of that is that they had four options in their regulation of how this statute can be violated and it's in its Roman numerals one two three and four and what it used to be before they repealed Roman numeral three so counsel I'm reading from the pre-suit notice this is a docket entry 171 5 at page 2 the Commission noted that mr. Rivera the that it quote found reason to believe that he violated three provisions of the act specifically to USC sections 441 a 1a or 41 F and 441 G one of those is 30122 now by making contributions in the name of another I that seems to be noticed now I'm reading from 172 dash 1 at 31 the Commission then reminded mr. Rivera that that it quote found reason to believe that you knowingly and 441 a 1a a 441 F and 441 G now 52 USC sections including 3122 the Office of General Counsel is prepared to recommend that the Commission find probable cause to believe that knowing and willful violations have occurred more of the same later on that same document I can keep reading but each of those documents references something similar it seems to me that that's enough notice is it not well it's a different violation they look at it what is the violation and the violation that they communicated and if you read the part about them a notice of the three separate statutes and some regulations that they were considering investigating found reason to believe he violated wanted to conciliate and then bring charges on I understood to see how how that's not the minimum of whatever notice is required by these procedural provisions right but the violate the way the manner of violation that they alleged their factual and legal positions because this is the language of the statute what has to go in the General Counsel's brief that they have to communicate to counsel when represented is the factual and legal position the position and that changed completely so much so that they had to amend their complaint and then what they really would have had to do is Roman numeral one under the regulation they shifted from three to one and so it was a completely different violation and it was not ever mentioned Roman numeral one of under the regulation was never that that interpretation of by the way I'm one of the four ways that it was so for that reason we believe there is it is a subject matter jurisdiction issue and to conclude I would ask that the court take a look at the case law that deals with creation of a cause of action and what that means in terms of whether you have access to the court where the court has ability to hear the case when you don't do what you need to do to proceed all right I think we have your argument Thank You counsel the court